*970 C. A. 11th Cir. Reported below: 125 Fed. Appx. 976;
C. A. 11th Cir. Reported below: 125 Fed. Appx. 977;
C. A. 6th Cir. Reported below: 116 Fed. Appx. 693;
C. A. 5th Cir. Reported below: 117 Fed. Appx. 931;
C. A. 11th Cir. Reported below: 127 Fed. Appx. 472;
C. A. 9th Cir. Reported below: 114 Fed. Appx. 351;
C. A. 5th Cir. Reported below: 107 Fed. Appx. 406;
C. A. 1st Cir. Reported below: 388 F. 3d 1;
C. A. 10th Cir. Reported below: 392 F. 3d 1196;
C. A. 9th Cir. Reported below: 116 Fed. Appx. 143;
C. A. 10th Cir. Reported below: 122 Fed. Appx. 909;
*971 No. 04-8972.
No. 04-8976.
No. 04-8979.
No. 04-8986.
No. 04-8998.
No. 04-9011.
No. 04-9013.
No. 04-9029.
No. 04-9035.
No. 04-9037.
No. 04-9060.
No. 04-9063.
No. 04-9082.
No. 04-9095.
No. 04-9113.
No. 04-9114.
No. 04-9117.
No. 04-9122.
No. 04-9132.
No. 04-9133.
No. 04-9142.
C. A. 3d Cir. Reported below: 116 Fed. Appx. 363;
C. A. 5th Cir. Reported below: 114 Fed. Appx. 159;
C. A. 5th Cir. Reported below: 117 Fed. Appx. 350;
C. A. 4th Cir. Reported below: 117 Fed. Appx. 859;
C. A. 1st Cir.;
C. A. 8th Cir. Reported below: 390 F. 3d 577;
C. A. 5th Cir. Reported below: 117 Fed. Appx. 960;
C. A. 6th Cir.;
C. A. 11th Cir. Reported below: 126 Fed. Appx. 463;
C. A. 6th Cir. Reported below: 117 Fed. Appx. 430;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 694;
C. A. 9th Cir. Reported below: 117 Fed. Appx. 578;
C. A. 3d Cir. Reported below: 117 Fed. Appx. 225;
C. A. 4th Cir. Reported below: 390 F. 3d 833;
C. A. 5th Cir. Reported below: 117 Fed. Appx. 335;
C. A. 4th Cir. Reported below: 111 Fed. Appx. 148;
C. A. 5th Cir. Reported below: 117 Fed. Appx. 340;
C. A. 1st Cir.;
C. A. 5th Cir. Reported below: 118 Fed. Appx. 786;
C. A. 9th Cir. Reported below: 117 Fed. Appx. 577; and
C. A. 10th Cir. Reported below: 390 F. 3d 1291. Motions of petitioners for leave to proceed in forma 'pauperis granted. Certiorari granted, judg- *972 merits vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).